Federal Correctional Institution McKean
Name: Mr. Mujaddid R. Muhammad
Reg.#: 03335-088
P.O. Box 8000
Bradford, PA 16701

FIONAL INSTITUTION, MCKEAN
BOX 5000
1701   DATE 03-__-06
rocessed through special mailing procedures
he letter has neither been opened nor
aises a question or problem over which
em, you may wish to return the material
r clarification. If the writer encloses
warding to another addressee, please return
ove address.

LEGAL MAIL

**RECEIVED**

MAR 2 4 2006

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

Clerk's Office
United States District Court
Western District of Pennsylvania
P.O. Box 1820
Erie PA 16507



16507+0820

