IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MUJADDID R. MUHAMMAD,
        Petitioner

V.

                        Civil Action No. 05-75 Erie

JAMES F. SHERMAN, Warden,
        Respondent

*FILED '06 APR -5 A9:58 CLERK U.S. DISTRICT COURT*

## NOTICE OF APPEAL

Notice is hereby given that Mujaddid R. Muhammad, petitioner herein, hereby appeals to the United States Court of Appeals for the Third Circuit from the final judgment entered in this action on March 27, 2006.

DATED: April 1, 2006

                                            Respectfully submitted,

                                            Mujaddid R. Muhammad
                                            #03335-088
                                            FCI McKean
                                            P.O. Box 8000
                                            Bradford PA 16701

## CERTIFICATE OF SERVICE

I, Mujaddid R. Muhammad, Pro Se Petitioner herein, do hereby certify that the original and one (1) copy of the foregoing NOTICE OF APPEAL, was mailed to the Clerk's office for the United States District Court, Western District of Pennsylvania, Erie, this 1st day of April 2006. Service was also made upon AUSA Christy C. Wiegand at U.S. Courthouse, Post Office 700 Grant St., Ste. 400, Pittsburg, PA 15219, on the same day.

                                            Respectfully submitted,

                                            Mujaddid R. Muhammad