Federal Correctional Institution McKean
Name: Mr. Mujaddid R. Muhammad
Reg.#: 03335-088
P.O. Box 8000
Bradford, PA 16701

LE

AL INSTITUTION, MCKEAN
5000
DATE 04- ✓ -06
ssed through special mailing procedures
ter has neither been opened nor
a question or problem over which
ou may wish to return the material
ification. If the writer encloses
ng to another addressee, please return
address.

United States District Court
Office of the Clerk
Western District of Pennsylvania
P.O. Box 1820
Erie, PA 16507

ERIE PA 165
4 APR 2005

**RECEIVED**
APR - 5 2006
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA