OFFICE OF THE CLERK

| | | |
|---|---|---|
| MARCIA M. WALDRON<br>CLERK | UNITED STATES COURT OF APPEALS<br>FOR THE THIRD CIRCUIT<br>21400 UNITED STATES COURTHOUSE<br>601 MARKET STREET<br>PHILADELPHIA, PA 19106-1790 | TELEPHONE<br>215-597-2995 |

<u>Erie</u> Clerk of District Court          Date <u>04/26/06</u>
(District)

<u>Muhammad vs. Sherman</u>          C. of A. No. <u>06-2189</u>
(Caption)

<u>Mujaddid R. Muhammad</u>
(Appellant)

<u>Civil No. 05-cv-00075</u>
(D.C. No.)

Enclosures:

<u>    04/26/06    </u> Certified copy of C. of A. Order by the Court/**Clerk**
(Date)

\*___X___ Record **(Rec'd)**

\*_____ Supplemental Record

\*_____ Exhibits

\*_____ State Court Record

___X___ Copy of this form to acknowledge receipt and return to C. of A.

_____ Record not returned at this time until appeal(s) closed at No.(s) _____

_____ Please forward Record to this office.

_____ The certified copy of order issued as the mandate on _____ is recalled.

**RECEIVED**
**MAY 15 2006**
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

<u>Carmen M. Hernandez</u>   (267)-299-<u>4952</u>
Case Manager        Telephone Number

\* <u>Eric Ayala</u>   (267)-299-<u>4941</u>
Record Processor     Telephone Number

5/11/06

Receipt Acknowledge:
_____
(Name)
_____
(Date)

Rev. 4/3/03
Appeals (Record)